■ In the Matter of AARON HAURI, Respondent, v SPRINGVILLE-GRIFFITH INSTITUTE CENTRAL SCHOOL DISTRICT,

Appellant. [992 NYS2d 662]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered July 9, 2013. The order, insofar as appealed from, granted claimant's application for leave to serve a late notice of claim.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on June 12 and 30, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.